# UNITED STATES DISTRICT COURT
**EVERETT McKINLEY DIRKSEN BUILDING**
**UNITED STATES COURT HOUSE**
**CHICAGO, IL 60604**

**THOMAS G. BRUTON**
**CLERK**

**OFFICE OF THE CLERK**

Randall Manufacturing, LLC,

v.

Pier Components, LLC,

Case No.: 12cv9035

*14 mc-346*

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Thomas G. Bruton, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 1/16/2014, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on May 20, 2014.

Thomas G. Bruton
Court Administrator

By: David Jozwiak
Deputy Clerk

**FILED**
**SCRANTON**

JUN 1 0 2014

Per_____
DEPUTY CLERK

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.