*mg*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RANDALL MANUFACTURING, LLC, )
an Illinois Limited Liability Company, )
                                          )

Plaintiff/Counter-Defendant, )
                                          )

v.                                           )    Case No. 12-CV-09035
                                          )

PIER COMPONENTS, LLC, a )
Pennsylvania Limited Liability Company, )    Honorable Ruben Castillo
                                          )

Defendant/Counter-Plaintiff. )

## CONSENT JUDGMENT

Plaintiff having filed an action against the Defendant, the Plaintiff now requests entry of this Consent Judgment pursuant to the Defendant's default under the parties' Settlement Agreement.

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. On May 16, 2013, Plaintiff and Defendant entered into a Settlement Agreement which resolved and settled the above captioned matter.

2. On December 31, 2013, Defendant defaulted under the terms of the aforementioned Settlement Agreement. Pursuant to the terms of the Settlement, in the event of a default, Plaintiff is entitled to a consent judgment in the amount of any unpaid settlement amounts, plus interest.

3. Consent judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $300,000.00 pursuant to the terms of the Settlement Agreement, plus interest.

4. At the time this Consent Judgment is sought, the sole issues shall be (i) whether a default has occurred under this Agreement, and (ii) the calculation of the amount of damages due as of the date the judgment is sought.

5. Having found that Plaintiff has met the criteria in the Settlement Agreement, judgment is entered in favor of Plaintiff and against Pier Components, LLC.

6. This Court shall retain jurisdiction over this matter for enforcement of this Consent Judgment.

Entered 1/16/14

Approved as to form and content:

Randall Manufacturing, LLC

By: _____
Jennifer A. Friedland
Momkus McCluskey, LLC
1001 Warrenville Road, Suite 500
Lisle, Illinois 60523

Approved as to form and content:

Pier Components, LLC

By: _____
Stephen J. Brown
Schuyler, Roche & Crisham, P.C.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3700
Chicago, Illinois 60601

2

# *United States District Court*
### *Northern District of Illinois*
### *Eastern Division*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on ____**MAY 2 0 2014**____.

**THOMAS G. BRUTON, CLERK**

By: _____

Deputy Clerk

Court Name: District Court
Division: 3
Receipt Number: 333838415
Cashier ID: tscott
Transaction Date: 06/10/2014
Payer Name: WAVELAND LAW GROUP
------------------------------------
MISCELLANEOUS PAPERS
 For: JOHN WALKER
 Amount:       $46.00
------------------------------------
Paper Check Conversion
 Check/Money Order Num: 2032
 Amt Tendered:  $46.00
------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00

Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.