IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL MANUFACTURING, LLC | : | CIVIL ACTION |
| | : | No. 14 MC 346 |
| Plaintiff | : | |
| v. | : | |
| PIER COMPONENTS, LLC, | : | |
| Defendant | : | |
| SUSQUEHANNA BANK | : | |
| Garnishee | : | |

**GARNISHEE SUSQUEHANNA BANK'S**
**AMENDED RESPONSE TO WRIT OF EXECUTION**

1. Defendant, Pier Components, LLC, has the following account at Susquehanna Bank:

   a. Checking account number XXXXXX6701 with a balance of $33,256.66.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Date: February 11, 2015

_Catherine M. Bush_ (signature)
Signature

Catherine M. Bush
Print Name

Assistant Secretary
Print Title

Date: 2/19/15

BARLEY SNYDER

By: _(signature)_
Shawn M. Long, Esquire
Attorney for Susquehanna Bank
126 East King Street
Lancaster, PA 17602
(717) 299-5201

4587818.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served Garnishee Susquehanna Bank's Response to Writ of Execution by First Class Mail, postage prepaid on the 20th day of February, 2015, addressed as follows:

John N. Walker, Esquire
Waveland Law Group, LLC
55 West Wacker Drive, 14th Floor
Chicago, IL 60601

BARLEY SNYDER

By: *Kelly Neumann*
Kelly Neumann, Paralegal
126 East King Street
Lancaster, PA 17602-2893
717.299.5201

4587818.1