## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL MANUFACTURING, LLC )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>PIER COMPONENTS, LLC )<br>)<br>        Defendant. ) | No. 14 MC 346 |

### PRAECIPE FOR WRIT OF EXECUTION

To the United States Marshall:

Issue writ of execution in the above matter,

    (1) directed to the Sheriff of Union County;

        (a) against **Sovereign Bank, 239 Market Street, Lewisburg, PA 17837,** Garnishee,

    (2) and enter this writ in the judgment index

        (a) against **Pier Components, LLC**, Defendant, and

        (b) against **Sovereign Bank, Lewisburg, PA,** garnishee.

| | | |
|---|---|---|
| (3) | Judgment amount due | **$ 300,000.00** |
| | 6% Interest from January 16, 2014 | $ 12,000.00 |
| | Total Costs to be added | $ 57.20 |
| | ($11.20 certification of Judgment ND IL;<br>$46.00 registration of judgment, MD PA) | |
| | **TOTAL AMOUNT DUE** | **$ 312,057.20** |

s/John N. Walker, Waveland Law Group, LLC, Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL MANUFACTURING, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 14 MC 346 |
| vs. | ) |
| | ) |
| PIER COMPONENTS, LLC | ) |
| | ) |
| Defendant. | ) |

## WRIT OF EXECUTION
## NOTICE

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or other rights.

If you have an exemption, you should do the following promptly: (1) Fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the Sheriff's Office at the address noted.

You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Office of Court Administrator – Snyder County Courthouse
P.O. Box 217, Middleburg, PA 17842
(570) 837-4344
Lawyer Referral Service – Pennsylvania Bar Association
(800) 692-7375

# WRIT OF EXECUTION

United States Marshall
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, Pennsylvania 18501


   To the United States Marshall:

   To satisfy the judgment, interest and costs against **Pier Components, LLC**, Defendant

   (1) you are also directed to attach the property of the defendant not levied upon in the possession of **Sovereign Bank, 239 Market Street, Lewisburg, PA 17837**, as garnishee:

   **Any and all accounts of Defendant held at Sovereign Bank.**

And to notify the garnishee that:

   (a) an attachment has been issued;

   (b) except as provided in paragraph (c), the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;

   (c) the attachment shall not include:

    (i) the first $10,000 of each account of the defendant with a bank or other financial institution containing any funds which are deposited electronically on a recurring basis and are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or federal law.

    (ii) each account of the defendant with a bank or other financial institution in which funds on deposit exceed $10,000 at any time if all funds are deposited electronically on a recurring basis and are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or federal law.

    (iii) any funds in an account of the defendant with a bank or other financial institution that total $300 or less. If multiple accounts are attached, a total of $300 in all accounts shall not be subject to levy and attachment as determined by the executing officer. The funds shall be set aside pursuant to the defendant's general exemption provided in 42 Pa.C.S. § 8123.

(3) if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify such other person that he or she has been added as a garnishee and is enjoined as above stated.

| | | |
|---|---|---|
| Judgment amount due | | **$ 300,000.00** |
| ▢  6% Interest from January 16, 2014 | $ | 12,000.00 |
| Total Costs to be added | $ | 57.20 |
| ($11.20 certification of Judgment ND IL; | | |
| $46.00 registration of judgment, MD PA) | | |
| **TOTAL AMOUNT DUE** | | **$ 312,057.20** |

_____
Clerk of Court

Seal of the Court

By _____
(Deputy)

## MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW

1. $300 statutory exemption.
2. Bibles, school books, sewing machines, uniforms and equipment.
3. Most wages and unemployment compensation.
4. Social Security benefits.
5. Certain retirement funds and accounts.
6. Certain veteran and armed forces benefits.
7. Certain insurance proceeds.
8. Such other exemptions as may be provided by law.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDALL MANUFACTURING, LLC )
)
      Plaintiff, )
) No. 14 MC 346
vs. )
)
PIER COMPONENTS, LLC )
)
      Defendant. )

## CLAIM FOR EXEMPTION

To the United States Marshall:

    I, the above-named defendant, claim exemption of property from levy or attachment:

(1) From my personal property in my possession which has been levied upon,
    (a) I desire that my $300 statutory exemption be

    ☐ (i) set aside in kind (specify property to be set aside in kind):_____

    ☐ (ii) paid in cash following the sale of the property levied upon; or

    (b) I claim the following exemption (specify property and basis of exemption):_____

(2) From my property which is in the possession of a third party, I claim the following exemptions:
    (a) my $300 statutory exemption: ☐ in cash; ☐ in kind (specify property): _____

    (b) other (specify amount and basis of exemption): _____

    I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at _____ (Address), _____ (Telephone Number).

I verify that the statements made in this Claim for Exemption are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Date: _____

_____
Pier Components, LLC

THIS CLAIM TO BE FILED WITH THE OFFICE
OF THE UNITED STATES MARSHALL:

United States District Court, Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue, Scranton, Pennsylvania 18501
570-346-7277