# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL MANUFACTURING, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 14 MC 346 |
| vs. ) | |
| ) | |
| PIER COMPONENTS, LLC ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE FOR JUDGMENT AGAINST GARNISHEE

TO THE CLERK OF COURTS:

Please enter a judgment in favor of Plaintiff, Randall Manufacturing, LLC and against Garnishee, Susquehanna Bank (checking account No. xxxxxx6701), in the amount of $33,256.66, such being:

(1) The amount admitted to be in the Garnishee's possession in its Amended Response to Writ of Execution, a true and correct copy of which is attached hereto as Exhibit "A"; and

(2) Less than the total amount of the judgment entered in favor of Plaintiff, Randall Manufacturing, LLC and against Defendant, Pier Components, LLC on January 16, 2014, which amount was $312, 057.20.

Respectfully Submitted:

s/John N. Walker,

Waveland Law Group, LLC, Attorneys for Plaintiff

55 W. Wacker Drive, 15th Floor, Chicago, IL 60601

(312) 456-7745

john_n_walker@sbcglobal.net