# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL MANUFACTURING, LLC | ) |
| Plaintiff, | ) |
| | ) No. 14 MC 346 |
| vs. | ) |
| PIER COMPONENTS, LLC | ) |
| Defendant. | ) |

## ORDER

AND NOW, this __24th__ day of __August__, 2015, it is hereby ORDERED and DECREED that:

(1) Garnishee, Susquehanna Bank (checking account No. xxxxxx6701), is to pay the amount of $33,256.66, as a portion of the amount due and owing Plaintiff, Randall Manufacturing, LLC, pursuant to a judgment entered against Defendant, Pier Components, LLC on January 16, 2014 in the amount of $312,057.20.

BY THE COURT

_____ J.