UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDALL MANUFACTURING, LLC

                Plaintiff,

vs.                                  NO. 14 MC 346

PIER COMPONENTS, LLC

                Defendant.

## INTERROGATORIES TO GARNISHEE

To:    Sovereign Bank [now Santander Bank] (Garnishee)
        239 Market Street, Lewisburg, PA 17837

      You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in judgment against you:

      1.    At the time you were served or at any subsequent time did you owe the defendant any money or were you liable to the defendant on any negotiable or other written instrument, or did the defendant claim that you owed the defendant any money or were liable to the defendant for any reason?

          NO

      2.    At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant?

          YES, SEE ATTACHED

      3.    At the time you were served or at any subsequent time did you hold legal title to any property of any nature owned solely or in part by the defendant or in which the defendant held or claimed any interest?

          NO

      4.    At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant had an interest?

          NO

      5.    At any time before or after you were served did the defendant transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so what was the consideration therefore?

          NO

EXHIBIT "A"

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant against you?

NO

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.

NO

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.

NO

Interrogatories Submitted By:

O'MALLEY, HARRIS, DURKIN & PERRY, P.C.

By: _____

Bruce L. Coyer, Esq., Attorney ID PA 59861
Attorneys for Plaintiff

345 Wyoming Avenue
Scranton, PA 18503
(570) 348-3711
bcoyer@omalleyandharris.com

# ANSWERS TO INTERROGATORIES

Account #     2791268618          Balance:     $2,750.05

After allowing for the $300.00 exemption under 42 Pa.C.S. 8123 the balance in this account is $2,450.05

Account Holder:   PIER COMPONENTS LLC
                  303 S HILL DR
                  MIDDLEBURG, PA 17842-8394

# VERIFICATION

I, John S. Gomes, C.O.P. Lead Specialist of Santander, hereby verify that the information contained in the foregoing Answers to Interrogatories in Attachment are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4094, relating to unsworn falsification to authorities.

Santander

By: _____

John S. Gomes
C.O.P. Lead Specialist