## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL MANUFACTURING, LLC, | : | |
| | : | MISC. ACTION NO. 3:14-346 |
| Plaintiff, | : | (JUDGE MANNION) |
| v. | : | |
| PIER COMPONENTS, LLC, | : | |
| Defendant. | : | |
| | : | |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion to compel, (Doc. 17), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: April 27, 2017**

O:\Mannion\shared\MEMORANDA - DJ\MISCELLANEOUS\2014\14-0346-01 Order.wpd